JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENKELS & McCOY, INC., | ) | Case No.: CV 16-5143 DSF (KSx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| WAIPIO PV, LLC, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having ordered that the complaint be dismissed for lack of subject matter jurisdiction and Plaintiff having failed to amend its complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 9/8/16

_____
Dale S. Fischer
United States District Judge